IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-02358-JA-GJK

**SHEKAR AND MINAL DESAI,**

 Plaintiffs,
vs.

**FEDERAL INSURANCE COMPANY,**

 Defendant.
_____/

## AMENDED COMPLAINT

**SHEKHAR AND MINAL DESAI,** the ("Plaintiffs"), hereby sue Defendant, **FEDERAL INSURANCE COMPANY** (the "Defendant"), and allege as follows:

### PARTIES, JURISDICTION & VENUE

1. This is an action for breach of contract removed to Federal Court by Defendant, who alleged jurisdiction pursuant to 28 U.S.C. §1332.

2. Pursuant to Fed. R. Civ. P 15 (a)(2), this amended complaint is filed with the opposing party's consent. The complaint is dismissed with regards to Chubb Indemnity Insurance Company per agreement of the parties.

3. The Plaintiffs are individuals who at all times material hereto has resided in Brevard County, Florida.

4. The Insurance Company is a Florida corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto been conducting business in Brevard County, Florida.

5. Venue is proper in Brevard County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Brevard County, Florida and the subject property is located in Brevard County.

6. All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

## GENERAL ALLEGATIONS

7. At all times material hereto, in consideration of a premium paid by the Plaintiffs, there was in full force and effect a certain homeowners insurance policy issued by the Defendant with a policy number of 13574008-04 (the "Policy").

8. The Plaintiffs are not in possession of a full copy of the insurance policy sued upon herein and is therefore unable to attach a copy of the entire policy that forms the basis of this Complaint. However, the Plaintiffs hereby incorporate by reference the insurance policy pursuant to Florida Rule of Civil Procedure 1.130. A copy of the Policy will be obtained via Discovery.

9. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to the Plaintiffs' property against certain losses. The damaged property is located at 311 Lansing Island Dr., Satellite Beach, FL 32937 ("Property").

10. On or about March 27, 2019, while the policy was in full force and effect, the Property sustained a covered loss as a result of Wind/Hail. (the "Loss").

11. Shortly thereafter the Plaintiffs reported the loss to the Defendant.

12. Accordingly, the Defendant assigned claim number 092020019422, inspected the Property, and failed to tender a payment of insurance proceeds to the Plaintiffs.

13. By its failure to properly adjust the loss and distribute proceeds to return the Property to its pre-loss condition, the Defendant has materially breached the policy.

14. As of the date of the filing of this lawsuit, the Defendant has failed to: (i) properly adjust the loss associated with the Plaintiffs' damage to their Property; (ii) acknowledge or deny that further payment would be forthcoming; and/or (iii) make any further payment of insurance proceeds to the Plaintiffs. As a result of the foregoing, the Defendant has breached the Policy.

15. The Plaintiffs have suffered and continues to suffer damages resulting from Defendant's breach of the Policy.

16. The Plaintiffs have been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

The Insured reincorporate paragraphs 1 through 15 as if fully set forth herein.

17. It is undisputed that the Plaintiffs and the Defendant entered into a written contract, the Policy, wherein the Plaintiffs agreed to pay a premium and the Defendant agreed to insure the Property.

18. The Plaintiffs have paid all premiums due and owing as contemplated by the Policy, thus, fully performing their obligations under the Policy.

19. Further, at all times material hereto, the Plaintiffs have satisfied all post loss obligations accorded in the Policy, including but not limited to: (i) immediately reporting the loss to the Defendant; and (ii) making reasonable and necessary repairs to protect the Property from further damage, and (iii) allowing the Insurance Company to inspect the loss.

20. In contrast, the Defendant has failed to: (i) properly adjust the loss; (ii) acknowledge or deny that further payment would be forthcoming; and/or (iii) make any further

payment of insurance proceeds to the Plaintiffs. As a result of the foregoing, the Defendant has breached the Policy.

21. As a direct and proximate result of the Defendant's breach of the Policy, the Plaintiffs have sustained damages.

WHEREFORE, the Plaintiffs, **SHEKHAR AND MINAL DESAI**, respectfully request that this Honorable Court enter judgment against the Defendant, **FEDERAL INSURANCE COMPANY**, for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Fla. Stat. §627.428, and that the drafts for insurance proceeds comply with Fla. Stat. §627.70121.

## DEMAND FOR JURY TRIAL

Plaintiffs demands trial by jury of all issues triable as a matter of right.

Dated this May 5, 2021

        **RAMIREZ ENRIQUEZ, PLLC**
        221 ARAGON AVENUE, SUITE 200
        CORAL GABLES, FLORIDA 33134
        TEL.: 305-722-5357
        FAX: 786-433-2376
        Direct email: ME@RamirezEnriquez.com
        Service Email: Service@RamirezEnriquez.com

        By: /s/ Mario Enriquez
            Mario Enriquez, Esquire
            Fla. Bar No: 92367