# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHEKHAR DESAI and MINAL DESAI,

    Plaintiffs,

v.                          Case No. 6:20-cv-2358-JA-DAB

FEDERAL INSURANCE COMPANY,

    Defendant.

## ORDER

The parties settled this case, and on June 30, 2022, the Court entered an Order dismissing it "subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings." (Order, Doc. 62). The Court did not retain jurisdiction to enforce the parties' settlement. (*See id.*).

On October 4, 2022, Plaintiffs filed a Motion to Enforce Settlement and for Sanctions (Doc. 63). Because the Court lacks subject-matter jurisdiction to enforce the parties' settlement, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), it is **ORDERED** that the motion (Doc. 63) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on October 5, 2022.

                                              JOHN ANTOON II
                                       United States District Judge

Copies furnished to:
Counsel of Record